IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Criminal Case No. 12-cr-00178-RBJ-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    PETER VINCENT CAPRA,

      Defendant.

---

## ORDER REGARDING DISCLOSURE OF ADDITIONAL GRAND JURY MATERIALS

---

Upon consideration of the Government's Motion to Disclose Additional Grand Jury Materials under Specified Conditions to the Attorneys for Defendant [Docket #110], it is

ORDERED that a copy of the transcripts of the testimony identified in the government's motion given before grand jury 09-1, and related exhibits, be disclosed to the attorneys for the defendant for preparation for trial.

IT IS FURTHER ORDERED that:

1.    Defense counsel make only such copies as are necessary to prepare a defense of this criminal case;

2.    Defense counsel keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery, and that defense counsel deliver a copy of this Order allowing disclosure with the materials;

3.    Defense counsel provide the defendant with reasonable access to the grand jury materials, but that defense counsel not allow the defendant to retain

copies of any grand jury materials;

4.      No person, other than defense counsel, make any copy of the grand jury

materials for any purpose; and

5.      At the conclusion of the case in this Court, by entry of the Court's judgment,

defense counsel shall collect and destroy all such copies within ten days.

Dated this 24th day of February, 2014, at Denver, Colorado.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge