IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE R. BROOKE JACKSON

Case No. 12-cr-00178-RBJ

UNITED STATES OF AMERICA

     Plaintiff,

v.

PETER VINCENT CAPRA,

     Defendant.

---

## ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS ORDERED that, at the conclusion of the trial on March 21, 2014, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 21st day of March, 2014.

BY THE COURT:

R. Brooke Jackson, U.S. District Judge

APPROVED AS TO FORM:

_____
ATTORNEY FOR PLAINTIFF

_____
ATTORNEY FOR DEFENDANT