IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Criminal Action: | 12-cr-00178-RBJ | Date: | December 16, 2014 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Kara Spitler |
| Interpreter: | N/A | Probation: | Katrina Devine |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA | Matthew T. Kirsch |
| | Robert C. Troyer |
| **Plaintiff** | |
| v. | |
| 1. PETER VINCENT CAPRA | Ronald Ganor |
| | Amber E. Donner |
| **Defendant(s)** | |

**COURTROOM MINUTES**

**SENTENCING HEARING**

**Court in session:**     1:34 p.m.

Appearances of counsel.

Defendant present on bond.

Argument and testimony given on sentencing.

**ORDERED:  Objection to the two-level increase for obstruction of justice is SUSTAINED.**

**3:04 a.m.**     **Court in recess.**
**3:20 a.m.**     **Court in session.**

Continued argument given on sentencing.

**ORDERED:  Specific objections DENIED and found as MOOT, as stated on the record.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Defendant shall be **imprisoned** for **12 years** as to Counts Two through Seventeen and **10 years** as to counts Eighteen though Twenty-Seven of the Indictment, all counts to run concurrent.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years.**

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall not illegally possess controlled substances. Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) The Mandatory Victims Restitution Act of 1996 applies and the Court must order full restitution pursuant to 18 U.S.C. § 3663A. Payments are to be made to the Clerk, U.S. District Court, Alfred A. Arraj U.S. Courthouse, 901 - 19th Street, Room A-105, Denver, Colorado 80294-3589, for disbursement to the payees in the amount of **$11,009,934**. Pursuant to 18 U.S.C. § 3572(d)(1), restitution shall be due immediately, unless, in the interest of justice, the Court provides for payment on a date certain or in installments.
- (**X**) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.
- (**X**) As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.
- (**X**) If the defendant has an outstanding financial obligation, the Probation Office may share any financial or employment documentation relevant to the defendant with the Asset Recovery Division of the United States Attorney's Office to assist in the collection of the obligation.
- (**X**) The defendant shall document all income or compensation generated or received from any source and shall provide such information to the probation officer as requested.
- (**X**) The defendant shall not cause or induce anyone to conduct any financial transaction on his behalf or maintain funds on his behalf.

- (**X**) The defendant shall not conduct any foreign financial transactions without the advance approval of the probation officer.
- (**X**) All employment for the defendant shall be approved in advance by the supervising probation officer and the defendant shall not engage in any business activity unless approved by the probation officer. All approved business activity must operate under a formal, registered entity, and the defendant shall provide the probation officer with the business entities and their registered agents. The defendant shall maintain business records for any approved business activity and provide all documentation and records as requested by the probation officer.
- (**X**) The defendant shall maintain separate personal and business finances and shall not comingle personal and business funds or income in any financial accounts, including but not limited to bank accounts and lines of credit.
- (**X**) The defendant shall submit his or her person, property, house, residence, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.
- (**X**) The defendant shall comply with all legal obligations associated with the Colorado Department of Revenue and the Internal Revenue Service regarding federal and state income taxes. This includes resolution of any tax arrearages as well as continued compliance with federal and state laws regarding the filing of taxes.
- (**X**) The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.
- (**X**) The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the Case 1:12-cr-00178-RBJ Document 184-1 Filed 12/05/14 USDC Colorado Page 4 of 7 R-4 treatment agency all psychological reports and/or the presentence report for continuity of treatment.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado and recommends that he be allowed to participate in a program for treatment of drug abuse.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days of entry of judgment.

**ORDERED:** **[153] United States' Motion for Preliminary Order of Forfeiture for a Forfeiture Money Judgment Against Defendant Peter Capra is GRANTED.**

**The $10,000 dollars that is in the Court's registry is to be applied towards restitution.**

**Defendant shall pay $2600.00 to Crime Victim Fund (Special Assessment), to be paid immediately.**

**Defendant is REMANDED to the custody of the United States Marshal.**

**Court in recess:**  5:01 p.m.          Hearing concluded.          Total time:     03:11